```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------------------

DONNA HEDGES,                          20 Civ. 6280 (JGK)

          Plaintiff,           ORDER

   - against -

DEVA CONCEPTS LLC,

          Defendant.

--------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by October 30, 2020.

SO ORDERED.

Dated:    New York, New York
          October 21, 2020

                                       /s/ John G. Koeltl
                                        John G. Koeltl
                              United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/20
```