UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DONNA HEDGES, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                Plaintiff,

v.

DEVA CONCEPTS LLC,

                Defendants.

------------------------------------------------------------x

No.: 1:20-cv-6280

ECF CASE

**Stipulation of Dismissal**

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, DONNA HEDGES, and Defendant, DEVA CONCEPTS LLC, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
         April 6, 2021

**GOTTLIEB & ASSOCIATES**

_/s/ Jeffrey M. Gottlieb_

Jeffrey M. Gottlieb, Esq., (JG-7905)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Jeffrey@Gottlieb.legal
*Attorneys for Plaintiffs*

**JEFFER, MANGELS, BUTLER & ~~MARMARO~~ Mitchell LLP**

_/s/ Matthew S. Kenefick_

Matthew S. Kenefick, Esq.
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111
Phone: (415)-984-9677
Fax: (415)-398-5584
Msk@jmbm.com
*Attorney for Defendant*

```
SO ORDERED.

New York, New York    /s/ John G. Koeltl
April 7, 2021         John G. Koeltl, U.S.D.J.
```